# Court of Appeals
# of the State of Georgia

ATLANTA,  August 09, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0002.  VERNON JESSIE WEALOT, JR. v. THE STATE.**

In 2016, Vernon Wealot, Jr. pled guilty to possession with intent to distribute methamphetamine, and the trial court imposed a 15-year sentence, with the first 180 days to be served in a probation detention center, and the remainder to be served on probation.  The trial court revoked four years of Wealot's probation in April 2018 after finding that he had committed a new criminal offense.  Wealot then filed this direct appeal.  We lack jurisdiction.

An appeal from an order revoking probation must be initiated by filing an application for discretionary review.  OCGA § 5-6-35 (a) (5); *Andrews v. State*, 276 Ga. App. 428, 430-431 (1) & n. 3 (623 SE2d 247) (2005).  "Compliance with the discretionary appeals procedure is jurisdictional."  *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).  Wealot's failure to follow the proper procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,  08/09/2018
  I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
  Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.